**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**
_____

No. 97-8483
_____

D.C. Docket No. 1:96-CV-1584

ROBERT E. MCANDREW,

                              Plaintiff-Counter-Defendant-
                              Appellant,

        versus

LOCKHEED MARTIN CORPORATION, Successor in
Interest to LOCKHEED-AERONAUTICAL SYSTEMS
COMPANY, a division of LOCKHEED CORPORATION,

                              Defendant-Counter-Claimant-
                              Appellee,

J. A. BLACKWELL, JR., T. A. GRAHAM, et al.,

                              Defendants-Appellees.
_____

        Appeal from the United States District Court
              for the Northern District of Georgia

_____


        (Opinion June 18, 1999, ____ F.3d ____, 11th Cir., 1999)

                     (August 11, 1999)

Before ANDERSON, Chief Judge, TJOFLAT,  EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES,  BARKETT, HULL and MARCUS, Circuit Judges*.

B Y   T H E   C O U R T :

        A member of this court in active service having requested
a poll on the suggestion of rehearing en banc and a majority of the
judges in this court in active service having voted in favor of
granting a rehearing en banc,

        IT IS ORDERED that the above cause shall be reheard by
this court en banc.  The previous panel's opinion is hereby
VACATED.

---

*Senior U. S. Circuit Judge John C. Godbold has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).